# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2016

153643(23)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ROWAN CHILDS, as Personal Representative
of the ESTATE OF CAROLYN CHILDS,
        Plaintiff-Appellee,

v

PROVIDENCE HOSPITAL AND MEDICAL
CENTERS, INC., ST. JOHN PROVIDENCE
HEALTH SYSTEM, VINAY K. MALVIYA,
M.D., P.C., and VINAY MALVIYA, M.D.,
        Defendants-Appellants.
_____/

SC: 153643
COA: 329296
Oakland CC: 2014-142914-NH

        On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply in support of the application for leave to appeal is GRANTED. The reply submitted on September 1, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2016

